# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SELINA MILLER,                   )

                           )

          Plaintiff,        )

                           )   Case: 1:14-cv-02171

                           )   Assigned To : Unassigned

      v.                      )   Assign. Date : 12/22/2014

                           )   Description: Pro Se Gen. Civil

JAMES LIPSCOMBS, *et al.*,     )

                           )

          Defendants.     )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed the plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to

1



determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). '

As drafted, the complaint fails to comply with Rule 8(a). For example, the complaint does not include a statement regarding the Court's jurisdiction. It is not enough to invoke "Civil and Criminal Statutes for 'Hate Crimes' and 'Sexual Assault.'" Compl. ¶ 3. Although plaintiff alleges the denial of constitutional rights, she neither identifies the rights at issue, nor describes the manner in which these rights were violated. And although plaintiff alleges that defendants have conspired against her, *see id.* ¶¶ 2, 4, she fails to describe the conspiracy and explain how she has been harmed as a result. Accordingly, the complaint and this civil action will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE: 12|19|14